# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN MAYA THOMPSON, Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, et al., <br> Defendants. | CV 18-07308 DSF (GJSx) <br><br> Order GRANTING Motion to Remand (Dkt. 17) |

Plaintiff moves for remand to the Superior Court of California, County of Los Angeles. This motion noticed a hearing date of October 22, 2018. Any opposition was due October 1, 2018. Local Rule 7-9. No opposition has been filed; the Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

The Court GRANTS the unopposed motion. The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: October 15, 2018

Dale S. Fischer
United States District Judge